AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:26-cv-11938-MAG-APP

This summons for *(name of individual and title, if any)* **The City of Detroit**

was received by me on *(date)* **7/28/26**

[ ]  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X]  I served the summons on *(name of individual)* **Khena Simmons** , who is
designated by law to accept service of process on behalf of *(name of organization)* **The City
of Detroit.** on *(date)* **7/28/26** ; or

[ ]  I returned the summons unexecuted because _____ ; or

[ ]  Other: *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: **7/28/26**

*Vanessa Ortega*
Server's Signature
*Vanessa Ortega*
Printed Name and Title

_____
Server's address

Additional information regarding attempted service, etc.: