AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:26–cv–11938–MAG–APP

This summons for *(name of individual and title, if any)* **Derond Martez Crawford**

was received by me on *(date)* __7/28/26__

[X]  I personally served the summons on the individual at *(place)* __21760 Donald Ave, East pointe, MI 48021__ on *(date)* __7/28/26__ ; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on (date) _____ ; or

[ ]  I returned the summons unexecuted because _____ ; or

[ ]  Other: *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __7/28/26__

__Vanessa Ortega__
Server's Signature
__Vanessa Ortega__
Printed Name and Title

_____
Server's address

Additional information regarding attempted service, etc.: