**From:** Ivan Land <ill4law@aol.com>
**Sent:** Monday, August 17, 2026 9:27 PM
**To:** Robyn Brooks <broor@detroitmi.gov>
**Subject:** [EXTERNAL] Thomason v. City of Detroit – Service on Maurice Bellamy

Attorney Brooks,

I hope all is well. I noticed that you filed an Answer today in *Thomason v. City of Detroit, et al.*, so I am reaching out regarding service on Defendant Maurice Bellamy.

We have been unable to personally serve Bellamy, although we were able to serve Defendant Derond Crawford. I understand the Law Department's policy that an officer must first request representation. However, when we spoke with Internal Affairs and Human Resources, we were advised that the City of Detroit Law Department could accept service on behalf of an officer.

We would prefer to avoid serving an officer at his residence and unnecessarily intruding on the privacy of his home if service can instead be accomplished through the Law Department. Accordingly, we are asking whether the City of Detroit Law Department will accept service on behalf of Maurice Bellamy.

If the Law Department will not accept service, please advise whether the City will concur in a motion permitting alternative service upon Maurice Bellamy through the City of Detroit Law Department. This request for concurrence is made pursuant to Local Rule 7.1.

Thank you,

Ivan L. Land, Esq.
*Law Offices of Ivan L. Land, P.C.*
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
(248) 968-4545
(248) 968-4540 (fax)
ill4law@aol.com

**NOTICE OF CONFIDENTIALITY**
**This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.**

On Tuesday, August 18, 2026 at 11:54:18 AM CDT, Robyn Brooks <broor@detroitmi.gov> wrote:

Good morning counsel,

The information given to you is incorrect. The City of Detroit Law department unfortunately cannot and does not accept personal service on behalf of a named officer in a lawsuit.

Please attempt to serve the officer at his residence if you cannot serve him at his job. I am in the process of reaching out to the officer as well in reference to this matter.

When and where have you attempted to serve Officer Bellamy?

**From:** Ivan Land <ill4law@aol.com>
**Sent:** Tuesday, August 18, 2026 3:47 PM
**To:** Robyn Brooks <broor@detroitmi.gov>
**Subject:** Re: [EXTERNAL] Thomason v. City of Detroit – Service on Maurice Bellamy

Attorney Brooks,

Thank you for your response.

We are aware of the Law Department's policy regarding acceptance of personal service on behalf of individually named officers. Our difficulty has been locating Officer Bellamy so that personal service can actually be accomplished.

We contacted the Detroit Police Department in an effort to determine Officer Bellamy's current precinct or work location so that we could serve him at his place of employment. The Department declined to provide us with his precinct or current assignment and directed us back to the Law Department.

We have also attempted to locate Officer Bellamy independently, but information concerning his current work location and residence is not publicly available, and officers' identifying information appears to have been removed or otherwise made unavailable through ordinary internet searches. As a result, we have been unable to identify a reliable location where he can be personally served.

We would prefer to serve Officer Bellamy at his place of employment rather than attempt to locate and serve him at the privacy of his residence. If you are able to provide his current precinct or work location, or assist in coordinating service at his place of employment, we would appreciate it.

Thank you,

Ivan L. Land, Esq.
*Law Offices of Ivan L. Land, P.C.*
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
(248) 968-4545
(248) 968-4540 (fax)
ill4law@aol.com

**NOTICE OF CONFIDENTIALITY**
**This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.**

**Re: [EXTERNAL] Thomason v. City of Detroit – Service on Maurice Bellamy**

From: Robyn Brooks <broor@detroitmi.gov>
To: Ivan Land
Date: Aug 18, 2026, 4:56 PM

Counsel,

Officer Bellamy works out of the 5th Precinct at 3500 Conner St., Detroit, MI. His shift begins at 7:00 p.m. If you have any further questions or concerns, please feel free to contact me. Have a good day.