**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SAMANTHA THOMASON,
an individual,

Plaintiff,

Case No. 2:26-cv-11938
Hon. Mark A. Goldsmith

V

CITY OF DETROIT
a municipal corporation,

DEROND MARTEZ CRAWFORD,
City of Detroit Police Officer,
Individually, and in his Official Capacity,

MAURICE BELLAMY,
City of Detroit Police Officer,
Individually, and in his Official Capacity,

Defendants.

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

---

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

Plaintiff Samantha Thomason, by and through her attorney, Ivan L. Land, hereby withdraws Plaintiff's pending Motion for Alternative Service. Counsel for Defendant Maurice Bellamy has agreed to accept service on Defendant Bellamy's behalf. Accordingly, the relief requested in Plaintiff's motion is no longer necessary.

Dated: September 1, 2026

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
Attorney for PLAINTIFF