UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SAMANTHA THOMASON**,

Plaintiff,

v.

**CITY OF DETROIT,** a municipal corporation **DEROND MARTEZ CRAWFORD,** City of Detroit Police Officer, Individually and in his Official Capacity, **AND MAURICE BELLAMY,** City of Detroit Police Officer, Individually, and in his Official Capacity,

Defendants.

Case No. 26-cv-11938
Hon. Mark A. Goldsmith
Mag. Judge Anthony P. Patti

**CONSENT TO NOTICE OF SUBSTITUTION OF ATTORNEYS**

**NOTICE OF SUBSTITUTION OF ATTORNEYS**

I hereby consent to the substitution of the law firm **SEWARD HENDERSON PLLC** for Defendant, **DEROND MARTEZ CRAWFORD,** only in our place

**CITY OF DETROIT LAW DEPARTMENT**

By: /s/ Robyn Books
ROBYN BROOKS (P47787)
*Attorneys for Defendants City of Detroit, Bellamy, and Crawford, only*

Dated: September 8, 2026

**CONSENT TO SUBSTITUTION OF ATTORNEYS**

TO: Clerk of the Court
All Counsel of Record

Please take notice that the firm **SEWARD HENDERSON PLLC** replaces the **CITY OF DETROIT LAW DEPARTMENT** on behalf of Defendant, **DEROND MARTEZ CRAWFORD,** and requests copies of all papers filed in this case after this date.

**SEWARD HENDERSON PLLC**

By: /s/ Kali M. L. Henderson
KALI M. L. HENDERSON (P76479)
*Attorneys for Defendants Crawford, only*

Dated: September 8, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on **Tuesday, September 8, 2026,** I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notice to all parties and attorneys of record.

/s/ Lillian Nelson
**SEWARD HENDERSON PLLC**