UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SAMANTHA THOMASON**,

Plaintiff,

v.

**CITY OF DETROIT,** a municipal corporation **DEROND MARTEZ CRAWFORD,** City of Detroit Police Officer, and in his Official Capacities, **AND MAURICE BELLAMY,** City of Detroit Police Officer, and in his Official Capacities,

Defendants.

Case No. 2:26-cv-11938-MAG-APP
Hon. Mark A. Goldsmith
Mag. Judge Anthony P. Patti

**DEFENDANT DEROND MARTEZ CRAWFORD'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND RELIANCE ON JURY DEMAND**

Defendant, Derond Martez Crawford, only, by and through his attorneys, Seward Henderson PLLC, answers Plaintiff's First Amended Complaint and states as follows:

**JURISDICTION AND VENUE**

1. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

2. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

3. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

4. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

## PARTIES

5. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

6. Admit.

7. Admit only that Officer Crawford was employed as a Detroit Police Officer.

8. Admit only that Officer Bellamy was employed as a Detroit Police Officer.

9. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

## FACTUAL ALLEGATIONS

10. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

11. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

12. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

13. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

14. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

15. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

16. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

17. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

18. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

19. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

20. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

21. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

22. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

23. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the

allegations contained therein. Plaintiff is left to her proofs.

24. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

25. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

26. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

27. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

28. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

29. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

30. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

31. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

32. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

33. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

34. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

35. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

36. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

37. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

38. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

39. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

40. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

41. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

42. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

43. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the

allegations contained therein. Plaintiff is left to her proofs.

44. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

45. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

46. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

47. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

48. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

49. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

50. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

51. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

52. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

53. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

54. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

55. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

56. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

57. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

58. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

59. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

60. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

## COUNT I
## 42 U.S.C. § 1983 – Unlawful Search
(Defendant Crawford)

61. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

62. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

63. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

64. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

65. Paragraph 65 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

66. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT II**
**42 U.S.C. § 1983 – Unlawful Seizure**
(All Defendants)

67. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

68. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

69. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

70. Paragraph 70 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

71. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

## COUNT III
## 42 U.S.C. § 1983 – Coerced Consent
(Defendant Crawford)

72. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

73. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

74. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

75. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

76. Paragraph 76 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

77. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT IV**
**42 U.S.C. § 1983 – Invasion of Privacy**
(Defendant Crawford)

78. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

79. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

80. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

81. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

82. Paragraph 82 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

83. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT V**
**42 U.S.C. § 1983 – Substantive Due Process**
(All Defendants)

84. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

85. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

86. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

87. Paragraph 87 states a legal conclusion to which no response is required.

Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

88. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT VI**
**42 U.S.C. § 1983 – Failure to Intervene**
(Defendant Bellamy)

Count VI is directed at Defendant Bellamy only, and no response is required from Defendant Crawford. To the extent a response is deemed required, Defendant Crawford responds as follows:

89. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

90. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

91. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

92. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

93. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT VII**
**42 U.S.C. § 1983 – Sexual Exploitation Under Color of Law**
(Defendant Crawford)

94. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

95. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

96. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

97. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

98. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the

allegations contained therein. Plaintiff is left to her proofs.

99. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT VIII**
**42 U.S.C. § 1983 – Violation of Bodily Privacy**
(Defendant Crawford)

100. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

101. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

102. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

103. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

104. Paragraph 104 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies

the allegations contained therein. Plaintiff is left to her proofs.

105. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT IX**
**Intentional Infliction of Emotional Distress**
(All Defendants)

106. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

107. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

108. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

109. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

110. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT X**
**Assault and Battery**
(Defendant Crawford)

111. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

112. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

113. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

114. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT XI**
**Defamation Per Se**
(Defendant Crawford)

115. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

116. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the

allegations contained therein. Plaintiff is left to her proofs.

117. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

118. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

119. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

120. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

121. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT XII**
**Monell Liability**
(Defendant Detroit)

Count XII is directed at Defendant City of Detroit only, and no response is required from Defendant Crawford. To the extent a response is deemed required,

Defendant Crawford responds as follows:

122. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

123. Denied as untrue.

124. Denied as untrue.

125. Denied as untrue.

126. Denied as untrue.

127. Denied as untrue.

128. Denied as untrue.

129. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

130. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

131. Denied as untrue.

132. Denied as untrue.

133. Denied as untrue.

134. Denied as untrue.

**COUNT XIII**
**Intrusion Upon Seclusion**
(Defendant Crawford)

135. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

136. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

137. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

138. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

139. Paragraph 139 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

140. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT XIV**
**Public Disclosure of Private Facts**
(Defendant Crawford)

141. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

142. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

143. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

144. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

145. Paragraph 145 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

146. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

## COUNT XV
## Conversion
(Defendant Crawford)

147. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

148. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

149. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

150. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

151. Paragraph 151 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

152. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

**COUNT XVI**
**Civil Conspiracy**
(Defendants Crawford and Bellamy)

153. Defendant incorporates by reference his responses to each of the preceding paragraphs as though fully restated herein.

154. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

155. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

156. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

157. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

158. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

159. Having insufficient information or knowledge of the allegations of the

paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

160. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

161. Paragraph 161 states a legal conclusion to which no response is required. Alternatively, having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

162. Having insufficient information or knowledge of the allegations of the paragraph corresponding hereto, Defendant neither admits nor denies the allegations contained therein. Plaintiff is left to her proofs.

Defendant Derond Martez Crawford respectfully requests that this Honorable Court enter a judgment of no cause of action in his favor on each and every claim stated in Plaintiff's First Amended Complaint, or in the alternative dismiss Plaintiff's First Amended Complaint with prejudice, and award Defendant his costs and attorney fees.

## AFFIRMATIVE DEFENSES

Defendant, Derond Martez Crawford, only, by and through his attorneys, Seward Henderson PLLC, states the following affirmative defenses:

1. Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted.

2. Defendant Crawford is entitled to qualified immunity on each of Plaintiff's federal claims. His conduct did not violate any right secured to Plaintiff by the Constitution or laws of the United States, and in the alternative did not violate any right that was clearly established at the time he acted. Qualified immunity protects all government officials except the plainly incompetent and those who knowingly violate the law. Pearson v Callahan, 555 US 223 (2009).

3. Defendant Crawford is immune from liability on Plaintiff's state law intentional tort claims under MCL 691.1407(3) and *Odom v. Wayne County*, 482 Mich. 459 (2008). The acts alleged were undertaken during the course of his employment and while he was acting, or reasonably believed he was acting, within the scope of his authority. The acts were discretionary rather than ministerial, and were undertaken in good faith and without malice.

4. Defendant Crawford is immune from liability on any claim sounding in negligence or gross negligence under MCL 691.1407(2), because his conduct did not amount to gross negligence that was the proximate cause of any injury

or damage Plaintiff claims.

5. Count V fails because Plaintiff's claims arising from her stop, detention, search, and the seizure of her property are governed by the Fourth Amendment rather than by the substantive component of the Due Process Clause. *Graham v. Connor*, 490 U.S. 386 (1989); *County of Sacramento v. Lewis*, 523 U.S. 833 (1998).

6. Counts I, III, IV, VII, and VIII are duplicative of one another and of Count II. Each repleads the same alleged search and seizure under a different label, and none states a separate claim for relief.

7. Plaintiff consented to the conduct alleged. That consent was voluntary and was not the product of coercion, duress, or misrepresentation.

8. The stop, detention, search, and arrest of Plaintiff were supported by reasonable suspicion and probable cause, and were objectively reasonable in light of the circumstances known to Defendant Crawford at the time he acted.

9. Defendant Crawford acted at all times in good faith, without malice, and within the scope of his duties as a police officer of the City of Detroit and a peace officer of the State of Michigan.

10. Plaintiff's federal claims fail because she cannot establish that Defendant Crawford acted knowingly or intentionally to deprive her of any constitutional right. Liability under 42 USC 1983 cannot rest on negligent conduct, and the

statute is remedial and confers no substantive rights of its own. *Daniels v Williams*, 474 U.S. 327 (1986).

11. To the extent Plaintiff sues Defendant Crawford in his official capacity, those claims are claims against the City of Detroit, are redundant of Count XII, and fail to state a claim against Defendant Crawford. *Kentucky v. Graham*, 473 U.S. 159 (1985).

12. Defendant Crawford is not vicariously liable for the conduct of Defendant Bellamy, the City of Detroit, or any other person, and 42 USC 1983 imposes no liability on a theory of respondeat superior.

13. Count IX fails because the conduct alleged was not extreme and outrageous, Defendant Crawford did not intend to cause Plaintiff emotional distress or recklessly disregard the risk of doing so, and Plaintiff did not suffer severe emotional distress.

14. Count X is barred in whole or in part by the two year period of limitations governing actions for assault and battery. MCL 600.5805(3).

15. Count XI is barred in whole or in part by the one year period of limitations governing actions for libel or slander. MCL 600.5805(11).

16. Count XI fails because the statements attributed to Defendant Crawford were not published in a manner actionable under Michigan law, are not defamatory per se, and caused Plaintiff no cognizable damage. Plaintiff's defamation

claim is further limited by MCL 600.2911.

17. Any statement Defendant Crawford is alleged to have made during the investigation described in the First Amended Complaint was made on a privileged occasion, to persons having a corresponding interest or duty in receiving it, and without actual malice. Those statements are therefore subject to absolute or qualified privilege.

18. Count XIV fails because transmission of material to a single unknown telephone number is not publicity to the public at large and does not satisfy the publicity element of a claim for public disclosure of private facts.

19. Count XV fails because conversion under Michigan common law reaches tangible personal property and the right to possess it, Plaintiff's cellular telephone was returned to her, and electronically stored data is not property subject to conversion. Plaintiff has also failed to plead the elements of statutory conversion under MCL 600.2919a.

20. Count XVI fails because civil conspiracy is not an independent tort and cannot stand without an actionable underlying tort, and because Plaintiff has pleaded no agreement between Defendant Crawford and Defendant Bellamy.

21. Any injury or damage Plaintiff sustained was caused in whole or in part by her own conduct, or by the conduct of persons or entities over whom Defendant Crawford had no control and for whom he bears no legal

responsibility.

22. Plaintiff has failed to mitigate her damages.

23. Liability, if any, on Plaintiff's state law claims is several and not joint. MCL 600.2956.

24. Michigan law does not permit an award of punitive damages, and Plaintiff's claim for exemplary damages is duplicative of her claims for compensatory relief and seeks to punish rather than to compensate.

25. Plaintiff's damages, if any, are subject to setoff and reduction for amounts she has received or will receive from collateral sources or from other parties.

26. Plaintiff is not entitled to attorney fees under 42 USC 1988 because she is not, and will not become, a prevailing party.

27. Defendant Crawford adopts and incorporates each affirmative defense asserted by any other Defendant to the extent it applies to him.

## Reservation of Additional Defenses

Defendant Crawford reserves the right to assert any further affirmative or special defense that becomes known through discovery, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court. Defendant Crawford does not waive any deficiency or omission in any pleading filed by any other party to this action, whenever filed.

## RELIANCE ON JURY DEMAND

Defendant Crawford relies on Plaintiff's demand for trial by jury.

## PRAYER FOR RELIEF

For the reasons stated above, Defendant Derond Martez Crawford respectfully requests that this Honorable Court enter a judgment of no cause of action in his favor, or in the alternative dismiss this cause with prejudice, and award Defendant his costs and attorney fees.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ Kali M. L. Henderson (P76479)
*Attorneys for Defendant Crawford, only*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: khenderson@sewardhenderson.com

Dated: September 14, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on **Monday, September 14, 2026,** I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notice to all parties and attorneys of record.

/s/ Kali M. L. Henderson
**SEWARD HENDERSON PLLC**