UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SAMANTHA THOMASON**,

Plaintiff,

v.

**CITY OF DETROIT,** a municipal corporation **DEROND MARTEZ CRAWFORD,** City of Detroit Police Officer, and in her Official Capacities, and **MAURICE BELLAMY,** City of Detroit Police Officer, and in her Official Capacities,

Defendants.

Case No. 26-cv-11938
Hon. Mark A. Goldsmith
Mag. Judge Anthony P. Patti

**PROPOSED ORDER ALLOWING SUBSTITUTION OF ATTORNEYS**

Upon reading of the concurrently filed Consent to Substitution of Attorneys:

It is hereby ordered that the substitution of **SEWARD HENDERSON PLLC** replaces **CITY OF DETROIT LAW DEPARTMENT** on behalf of Defendant **DEROND MARTEZ CRAWFORD,** only, Defendant be and hereby is allowed.

IT IS SO ORDRED

Dated: September 16, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge